```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 11446
   SHANNON DELAURENTIS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-0811


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 06/27/2007 and was confirmed 03/24/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 07/28/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED          914.23          .00            .00
ASSET ACCEPTANCE LLC       UNSECURED         1974.21          .00            .00
WELLS FARGO FINANCIAL IN   SECURED VEHIC     7000.00        57.64        1150.13
WELLS FARGO FINANCIAL IN   UNSECURED         2475.80          .00            .00
AMERICAN GENERAL FINANCE   UNSECURED         1778.02          .00            .00
ASSET ACCEPTANCE           UNSECURED        NOT FILED         .00            .00
AVENUE                     UNSECURED        NOT FILED         .00            .00
BENINFAR ASSOC             UNSECURED        NOT FILED         .00            .00
CHANDLER REGIONAL HOSPIT   UNSECURED        NOT FILED         .00            .00
INOVISION                  UNSECURED        NOT FILED         .00            .00
EDWARD HOSPITAL            UNSECURED        NOT FILED         .00            .00
FEMALE HEALTCARE ASSOC     UNSECURED        NOT FILED         .00            .00
FIDELITY TELEPHONE ROLLA   UNSECURED        NOT FILED         .00            .00
ALLIED  INTERSTATE         UNSECURED        NOT FILED         .00            .00
PAYDAY LOAN STORE          UNSECURED        NOT FILED         .00            .00
PAYDAY LOAN STORE          UNSECURED        NOT FILED         .00            .00
SBC                        UNSECURED        NOT FILED         .00            .00
WELLS FARGO AUTO FINANCE   UNSECURED        NOT FILED         .00            .00
LORRAINE GREENBERG & ASS   REIMBURSEMENT      74.00           .00          74.00
AMERICAN GENERAL FINANCE   UNSECURED            .00           .00            .00
LORRAINE GREENBERG & ASS   DEBTOR ATTY      3,500.00                         .00
TOM VAUGHN                 TRUSTEE                                        108.23
DEBTOR REFUND              REFUND                                         520.00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    1,910.00

PRIORITY                                          74.00
SECURED                                        1,150.13

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 11446 SHANNON DELAURENTIS
```

```
       INTEREST                                                  57.64
UNSECURED                                                          .00
ADMINISTRATIVE                                                     .00
TRUSTEE COMPENSATION                                            108.23
DEBTOR REFUND                                                   520.00
                                       ---------------   ---------------
TOTALS                                        1,910.00          1,910.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 10/22/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```